**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

June 30, 2006

**Before**

Hon. RICHARD D. CUDAHY, *Circuit Judge*

Hon. DANIEL A. MANION, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

No. 04-1786

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee,* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division |
| *v.* | No. 02 CR 1129 |
| LAVAR HARRIS, *Defendant-Appellant.* | Joan B. Gottschall, *Judge.* |

**O R D E R**

After we ordered a limited remand, *see United States v. Booker*, 543 U.S. 220 (2005); *United States v. Paladino,* 401 F.3d 471, 484 (7th Cir. 2003), the district judge informed us that she would have imposed the same sentence on Lavar Harris had she known the sentencing guidelines were advisory.  Because that sentence is within the properly calculated guidelines range, it is presumptively reasonable. *United States v. Mykytiuk*, 415 F.3d 606, 608 (7th Cir. 2005).  Harris contends that *Mykytiuk* was wrongly decided, but does not identify any basis under the factors outlined in 18 U.S.C. § 3553(a) to question the reasonableness of his sentence.  Our independent review uncovers nothing to suggest unreasonableness, therefore the judgment is AFFIRMED.